ACCEPTED
03-14-00290-CR
3647462
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 11:50:23 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00290-CR

IN THE

COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/5/2015 11:50:23 AM

JEFFREY D. KYLE
Clerk

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

| | | |
|---|---|---|
| MICHAEL SHAWN ALEXANDER | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 403RD JUDICAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-13-201709

### STATE'S FIRST MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Assault Family Violence – Strangulation, the appellant filed his notice of appeal in the above cause on May 1, 2014. Appellant filed a brief on December 4, 2014.

1

(b)     The State's brief is currently due on **January 5, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1.  During the period since this brief was filed, the attorney assigned to this case has been working on other pressing appellate matters and has not had sufficient time to prepare an adequate responsive to this brief.

2.  The undersigned is further responsible for reviewing post-conviction writ of habeas corpus applications filed with our offense and preparing necessary responses.

3.  This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for

filing the State's brief be extended to **February 4, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

/s/*Georgette Hogarth*
Georgette Hogarth
Assistant District Attorney
State Bar No. 24007129
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Georgette.Hogarth@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 248 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

/s/*Georgette Hogarth*
Georgette Hogarth
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of January, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Paul M. Evans, Attorney at Law, 811 Nueces Street, Austin, Texas 78701.

/s/*Georgette Hogarth*
Georgette Hogarth
Assistant District Attorney